May 28, 2004

Mr. Dewey E. Helmcamp III
Assistant Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Ms. Phyllis B. Schunck
Clark Thomas & Winters
P. O. Box 1148
Austin, TX 78767
Ms. Jennifer S. Riggs
Riggs & Aleshire, P.C.
700 Lavaca Street, Suite 920
Austin, TX 78701

RE: Case Number: 02-0804
 Court of Appeals Number: 03-01-00215-CV
 Trial Court Number: 96-03744

Style: THE TEXAS WORKERS COMPENSATION COMMISSION
 v.
 PATIENT ADVOCATES OF TEXAS AND ALLEN J. MERIL, M.D.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above referenced cause.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Amalia |
| |Rodriguez-Mendoza |
| |Ms. Diane O'Neal |